**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **MARLON BRANDO RIBEIRO**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-02326-JDW** |

## <u>ORDER</u>

**AND NOW**, this 24th day of April, 2026, upon review of Petitioner Marlon Brando Ribeiro's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that the Parties shall appear for argument related to Mr. Brando Ribeiro's Petition on April 29, 2026, at 10:00 a.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.