**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **MARLON BRANDO RIBEIRO**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-02326-JDW** |

## ORDER

**AND NOW**, this 29th day of April, 2026, as discussed on the record today during the hearing on Petitioner Marlon Brando Ribeiro's Petition For Writ Of Habeas Corpus, it is **ORDERED** that each Party shall file a supplemental brief to address whether (a) Respondents have complied the requirement that Mr. Brando Ribeiro "shall *forthwith* return or be returned to the custody from which he was paroled" in 8 U.S.C. § 1182(d)(5)(A), and (b) a lack of compliance has any significance on the Government's statutory authority to detain Mr. Brando Ribeiro under 8 U.S.C. § 1225(b)(1)(B)(ii). Each Party's brief shall not exceed 7 pages, and each Party must submit its supplemental brief on or before May 4, 2026.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.