**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **MARLON BRANDO RIBEIRO**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-02326-JDW** |

**ORDER**

**AND NOW**, this 20th day of May, 2026, upon consideration of Marlon Brando Ribeiro's Petition For Writ Of Habeas Corpus (ECF No. 1), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Petition is **DENIED**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.